IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>   v.<br><br>Washoe Motel, LLC, Individually and d/b/a Washoe Motel; Pine Cone Acre Motel, LLC, Individually and d/b/a Pine Cone Acre Motel,<br><br>        Defendants.<br>_____ | 2:10-cv-02001-GEB-KJN<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Plaintiff states in his status report filed November 29, 2010: "Defendants have been served, but have not answered[;]" "a request for Clerk's Entry of Default" has been filed and plaintiff "anticipates a motion date in May 2011." (ECF No. 8, 2:13-15.) Therefore, Plaintiff shall file a motion for entry of default judgment within ninety days of the date on which this Order is filed. Further, the status conference scheduled on December 13, 2010, is continued to commence at 9:00 a.m. on May 23, 2011. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

        IT IS SO ORDERED.

Dated: December 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1