SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>    vs.<br><br>Washoe Motel LLC, et al<br><br>         Defendant | Case No.**2:10-cv-02001-KJM-KJN**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MAY 20, 2011 FOR DEFENDANT PINE CONE ACRE MOTEL, LLC INDIVIDUALLY AND D/B/A PINE CONE ACRE MOTEL TO RESPOND TO COMPLAINT |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Pine Cone Acre Motel, LLC Individually and d/b/a Pine Cone Acre Motel, by and through their respective attorneys of record, Scott N. Johnson; Robert M. Twomey, stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

2. Defendant Pine Cone Acre Motel, LLC Individually and d/b/a Pine Cone Acre Motel is granted an extension until May 20, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Pine Cone Acre Motel, LLC Individually and d/b/a Pine Cone Acre Motels' response will be due no later than May 20, 2011.

IT IS SO STIPULATED effective as of April 22, 2011

Dated:  April 22, 2011                By:Robert M. Twomey
                                      Pine Cone Acre Motel, LLC Individually and d/b/a Pine Cone Acre Motel

Dated:  April 22, 2011                /s/Scott N. Johnson
                                      Scott N. Johnson, Attorney for Plaintiff

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

1    **IT IS SO ORDERED:** that Defendant Pine Cone Acre Motel,
2    LLC Individually and d/b/a Pine Cone Acre Motel shall have
3    until May 20, 2011 to respond to complaint.
4    Dated:  April 28, 2011.

_____
UNITED STATES DISTRICT JUDGE