```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Washoe Motel, LLC, et al,<br><br><br>    Defendants | Case No. **2:10-cv-02001-KJM-KJN(PS)**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

   IT IS HEREBY ORDERED THAT this action is dismissed With Prejudice pursuant to FRCP 41 (a)(2).  The clerk of the court is directed to CLOSE this case.

Dated:  June 13, 2011.

_____
UNITED STATES DISTRICT JUDGE